STATE, Respondent, v. SCHUSTER, Appellant.

(216 N. W. 948.)

(File No. 6512. Opinion filed December 31, 1927.)

*Otto L. Kaas,* of Britton, for Appellant.

*Buell F. Jones,* Attorney General, for the State.

PER CURIAM. In the above-entitled cause, appeal is sought to be taken from an order denying defendant's motion for a new trial. Certified copy of notice of appeal was filed in this court on May 9, 1927, and the original notice of appeal on June 4, 1927. There has been no extension of time, and no brief has been filed by appellant. Therefore, pursuant to rule 5 of this court, the appeal will be deemed abandoned, and the order appealed from is affirmed.